Arthur R. Thomas, Asst. Chief Counsel, Pa. Bd. of Probation and Parole, Robert A. Greeny, Harrisburg, for appellant.

Raymond Hossback, pro se.

John W. Packel, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

446 A.2d 599

The PENNSYLVANIA FEDERATION OF SPORTSMEN'S CLUBS; The Pennsylvania Chapter of the Sierra Club; The Pennsylvania Chapter of Trout Unlimited; The Juniata Chapter of the Audubon Society; Loyalsock Watershed Association; Wyona Coleman, an individual; Paul Jurovcik, an individual; and Patrick McGinley, an individual, Petitioners,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES; Pennsylvania Environmental Quality Board and Clifford L. Jones, individually and in the capacity of Secretary of Environmental Resources and Chairman of the Pennsylvania Environmental Board, Respondents.

Supreme Court of Pennsylvania.

Argued May 17, 1982.

Decided June 17, 1982.

Robert M. Bastress, Patrick McGinley, Belle Vernon, Steven L. Friedman, Philadelphia, Henry Ingram, Thomas C. Reed, Pittsburgh, for appellants.

Steven L. Friedman, Stephen C. Braverman, Philadelphia, for appellee Coal Mining Asso. et al.

Eugene E. Dice, Douglas Blazey, Harrisburg, for appellee Com. of Pa., Dept. of Environmental Resources, et al.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Orders affirmed.

LARSEN, J., dissents.

446 A.2d 600

COMMONWEALTH of Pennsylvania, Appellee,

v.

Charles DIGGS, Appellant.

No. 80–2–301.

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.